

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| JOLENE ELKINS, | ) | CV 08-07-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAFEWAY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon Defendant's motion to dismiss, and for good cause shown,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss with Prejudice (dkt #25) is GRANTED. This action is dismissed with prejudice, as fully settled upon its merits.

IT IS FURTHER ORDERED that Plaintiff's response (dkt #27) to the Motion to Dismiss be removed from the record. In its place, the Clerk shall file Plaintiff's amended response (dkt #33).

1

All pending motions are denied as moot.

Dated this 10 day of November, 2009.

                              Donald W. Molloy, District Judge
                              United States District Court